**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KIRA DELANE**                                                              **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 1:08-CV-149-SA-JAD**

**J. IVY INDUSTRIES**                                        **DEFENDANT**

## ORDER

Pursuant to an opinion to be issued this day, it is hereby ordered that:

(1)      The Defendant's Motion for Summary Judgment [17] is **GRANTED**.

(2)      Therefore, this case is **CLOSED**.

**SO ORDERED** this the 27th day of May, 2009.

                                                             **/s/ Sharion Aycock**
                                                             **UNITED STATES DISTRICT JUDGE**